JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEIRDRA DUNCAN-GONZALEZ,** | No. LA CV 17-04708-VBF-MRW |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| DAVID HERRIFOLD (Justice of the Superior Court of los Angeles County) in his official and individual capacities, and John Does 1-10, | |
| Defendants. | |

Pursuant to this Court's Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of all the defendants and against plaintiff Deirdra Duncan-Gonzalez.**

Dated: September 22, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE